UNITED STATES of America, Appellee,

v.

John Wyatt MULLINS, Appellant.

No. 15101.

United States Court of Appeals, Fourth Circuit.

Nov. 3, 1970.

---

**1004**

James W. Haskins, Martinsville, Va. (Court-appointed counsel), for appellant.

James G. Welsh, Asst. U. S. Atty., for appellee.

Before HAYNSWORTH, Chief Judge, and SOBELOFF and BOREMAN, Circuit Judges.

PER CURIAM:

The sole question presented by this appeal is the constitutionality of 18 U. S.C. App. § 1202(a) (1), which makes it a crime for a convicted felon to possess any firearm. Since we recently upheld the constitutionality of this statute in United States v. Cabbler, 429 F.2d 577 (4th Cir. 1970), the conviction is

Affirmed.